# Court of Appeals
# of the State of Georgia

ATLANTA,___March 05, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15I0131.  BEAU JACOB BAILEY v. THE STATE.**

Beau Jacob Bailey filed this application for interlocutory appeal from the trial court's January 16, 2015 order denying his motion to suppress. The trial court entered a certificate of immediate review on January 28, 2015, 12 days after entry of its order denying the motion to suppress.  We lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had.  If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). Here, the trial court did not enter its certificate of immediate review within ten days of the order Bailey seeks to appeal. Accordingly, we lack jurisdiction to consider this application for interlocutory appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____* 03/05/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*